FIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

TISHA LEE,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS; and
DAVID SUPPES, in his individual and official capacities,

    Defendants.

_____

### NOTICE OF REMOVAL
_____

Defendants Denver Public Schools and David Suppes through their attorneys, SEMPLE, FARRINGTON, EVERALL & CASE, P.C., by Holly E. Ortiz and Mary B. Gray, submit the following Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. As grounds therefore, Defendants state as follows:

STATE COURT ACTION

1.    Plaintiff commenced an action in the District Court for the City and County of Denver, Colorado by filing a Complaint and Jury Demand on June 17, 2020, along with a District Court Civil Case Coversheet, copies of which are attached hereto as Exhibit A.

2.    A Delay Reduction Order was filed on June 18, 2020, copies of which are attached hereto as Exhibit B.

3.    Entries of Appearance were filed on behalf of the Defendants on June 22, 2020 by Holly E. Ortiz and Mary B. Gray, copies of which are attached hereto as Exhibit C and D.

4.	A Waiver and Acceptance of Service dated June 22, 2020 was filed by Plaintiff, copies of which are attached hereto as Exhibit E.

5.	The current docket sheet (register of actions) is attached hereto as Exhibit F.

## JURISDICTION AND VENUE

1.	Jurisdiction in this Court is appropriate pursuant to 28 U.S.C. § 1331.

2.	Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1441(a).

## FEDERAL QUESTION ALLEGATIONS

Plaintiff's Complaint contains claims pursuant to Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §§ 1981 and 1983 alleging race discrimination and retaliation in violation of those statutes.

## TIMELY REMOVAL

Defendant received a copy of the Plaintiff's Complaint setting forth the claim for relief upon which this action is based on June 22, 2020.  Having been accomplished within thirty days of Defendants' receipt of Plaintiff's Complaint, removal of this case is timely pursuant to 28 U.S.C. § 1446(b).

## PROCESS, PLEADINGS AND ORDERS

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants are attached hereto as Exhibits A - F.

## SERVICE

Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal is being contemporaneously served upon Plaintiff's counsel and filed with the clerk of the District Court of the City and County of Denver, Colorado.

WHEREFORE, Defendant requests that the above-captioned action be removed from the District Court of Denver County, Colorado to the United States District Court for the District of Colorado.

RESPECTFULLY SUBMITTED this 8th day of July, 2020.

        By: *s/ Mary B. Gray*
           Holly E. Ortiz
           Mary B. Gray
           Semple, Farrington, Everall & Case, P.C.
           1120 Lincoln Street, Suite 1308
           Denver, CO 80203
           Telephone: (303) 595-0941
           FAX: (303) 861-9608
           hortiz@semplelaw.com
           mgray@semplelaw.com

           ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of July, 2020, a correct copy of the foregoing was filed and served via CM/ECF on the following:

Darold W. Killmer
Reid Allison
KILLER LANE & NEWMAN, LLP
1543 Champa Street, Ste. 400
Denver, CO 80202
dkillmer@kln-law.com
rallison@kln-law.com

*Attorneys for Plaintiff*

                 By:  *s/ Elaine Montoya*

4