IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01989-WJM-MEH

TISHA LEE,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS; and
DAVID SUPPES, in his individual and official capacities,

    Defendants.

___

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**
___

    Defendants, Denver Public Schools (aka School District No. 1 in the County of Denver and State of Colorado) and David Suppes ("the District Defendants"), through their undersigned attorneys, hereby move the Court for an extension of time to file their motion for summary judgment, as follows:

    1. Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned certifies that she conferred with Plaintiff's counsel regarding the subject of this motion. Plaintiff is unopposed to the relief requested herein.

    2. The District Defendants' motion for summary judgment is due on December 20, 2021.

    3. Plaintiff's Complaint is twenty pages long and contains seven claims for relief. Additionally, the Parties took eleven depositions that may be used in responding to the motion for summary judgment. The undersigned attorneys need additional time to evaluate the claims and

draft the motion for summary judgment. They have been unable to devote sufficient time to the motion because Ms. Gray's daughter had an unexpected medical issue Ms. Gray had to attend to, and Ms. Ortiz was recently diagnosed with COVID-19. Accordingly, the District Defendants are seeking a two-week extension of time, through January 3, 2022, to file their motion for summary judgment.

4. This is the first extension of time the District has sought related to the motion for summary judgment.

5. Trial has not been set.

6. This motion is not sought for undue delay, nor will granting of the motion prejudice any party.

7. Pursuant to D.C.COLO.LCivR 6.1(E), undersigned counsel certifies that a copy of this motion has been served simultaneously on her clients.

WHEREFORE, the District requests entry of an order granting a two-week extension of time, through and including January 3, 2022, for the District Defendants to file their motion for summary judgment.

RESPECTFULLY SUBMITTED this 10th day of December, 2021.

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By: *s/ Mary B. Grayy*
Holly E. Ortiz
Mary B. Gray
1120 Lincoln Street, Suite 1308
Denver, CO 80203
hortiz@semplelaw.com
mgray@semplelaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of December, 2021, a correct copy of the foregoing was filed and served via CM/ECF on the following:

Darold W. Killmer
Reid Allison
KILLER LANE & NEWMAN, LLP
1543 Champa Street, Ste. 400
Denver, CO 80202
dkillmer@kln-law.com
rallison@kln-law.com

*Attorneys for Plaintiff*

                              By: *s/ Elaine Montoya*