IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01989-MEH

TISHA LEE,

      Plaintiff,

v.

DENVER PUBLIC SCHOOLS; and
DAVID SUPPES, in his individual and official capacities,

      Defendants.

---

**UNOPPOSED AMENDED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFF'S MOTION TO CONSOLIDATE**

---

Defendants Denver Public Schools (a/k/a School District No. 1 in the City and County of Denver and State of Colorado) and David Suppes (collectively "the District Defendants"), through their undersigned attorneys, hereby move the Court for an extension of time to file their Response to Plaintiff's Motion to Consolidate, as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned certifies that she conferred with Plaintiff's counsel regarding the subject of this motion. Plaintiff is unopposed to the relief requested herein.

2. The Defendants' response to Plaintiff's motion to consolidate is due on May 9, 2022.

3. During the week of April 25th, 2022, undersigned counsel experienced a family medical emergency, rendering her unable to work most of the week. Therefore, she was unable to devote

sufficient time to drafting the response to the motion to consolidate, and has been unable to confer with her clients about the motion. Undersigned's co-counsel, Ms. Ortiz, was preparing for a six-day teacher dismissal hearing that is set to commence on May 4, 2022, so she was unable to work on the motions for undersigned counsel.

4. Therefore, Defendants are seeking a one-week extension of time, through May 16, 2022, to file the response to the motion to consolidate.

5. This is the first extension of time Defendants have sought related to the response to the motion to consolidate.

6. Trial has been set for December 5, 2022, however, this motion is not sought for undue delay, nor will granting of the motion prejudice any party.

8. Pursuant to D.C.COLO.LCivR 6.1(E), undersigned counsel certifies that a copy of this motion has been served simultaneously on her clients, including District Deputy General Counsel, Brent Jordheim, Esq.

WHEREFORE, Defendants request entry of an order granting the requested extension.

RESPECTFULLY SUBMITTED this 4th day of May, 2022.

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By: *s/ Mary B. Gray*
    Holly E. Ortiz
    Mary B. Gray
    1120 Lincoln Street, Suite 1308
    Denver, CO 80203
    Telephone: (303) 595-0941
    FAX: (303) 861-9608

hortiz@semplelaw.com
mgray@semplelaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2022, a correct copy of the foregoing was filed and served via CM/ECF on the following:

Darold W. Killmer
Reid Allison
KILLER LANE & NEWMAN, LLP
1543 Champa Street, Ste. 400
Denver, CO 80202
dkillmer@kln-law.com
rallison@kln-law.com

*Attorneys for Plaintiff*

This motion has also been served via electronic mail on the following:

Brent Jordheim, Esq., Deputy General Counsel, Denver Public Schools

David Suppes

By:   *s/ Kathleen Schmidt*